In the Matter of IGNACIO REYNOSO, Appellant, v GEORGE B. ALEXANDER, as Chair of the Division of Parole, Respondent.

Decided January 12, 2010

Reported below, 65 AD3d 1405.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601). CPLR 5515 does not provide a jurisdictional basis to appeal as of right. Additionally, contrary to appellant's assertion, the Court of Appeals did not grant him leave to appeal to the Court of Appeals.

In the Matter of SETH M. and Another, Infants. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MARGO B., Appellant.

Submitted November 23, 2009; decided January 12, 2010

Reported below, 66 AD3d 1448.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

IQBAL SINGH, Appellant, v CITY OF NEW YORK DIVISION OF HOUSING PRESERVATION AND DEVELOPMENT, Respondent.

Submitted November 30, 2009; decided January 12, 2010

Reported below, 2009 NY Slip Op 76735(U).

Motion for reargument of motion for leave to appeal denied [see 13 NY3d 826 (2009)].